

John T. Lott, pro se.

Anthony J. P. Farris, U. S. Atty., James R. Gough, Mary L. Sinderson, Asst. U. S. Attys., Houston, Tex., for respondent-appellee.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

**John Thomas LOTT, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

**No. 71–1227**

**Summary Calendar.**[*]

United States Court of Appeals, Fifth Circuit.

Oct. 26, 1971.

PER CURIAM:

This is an appeal from a denial of a motion to vacate sentence under 28 U.S.C. § 2255. The movant contends in substance that the evidence was insufficient to prove his knowing possession of heroin. The district court denied the motion on the ground that a previous § 2255 motion presented the same contention. We agree that the district court was not required to consider a second § 2255 motion, especially since the matter of possession was also decided adversely to movant on direct appeal, *sub nom.* Smith v. United States, 385 F.2d 34 (5th Cir. 1967). Simmons v. United States, 437 F.2d 156 (5th Cir. 1971).

Affirmed.

[*] [1] Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.